1
2
3
4
5
6              **UNITED STATES DISTRICT COURT**
7                    **DISTRICT OF NEVADA**
8

| | | |
|---|---|---|
| 9 | JOHN DOE, A MINOR CHILD, AND JOHN SMITH, A MINOR CHILD, ET AL., ) ) | 3:03-cv-00604-BES-VPC |
| 10 | ) | |
| 11 | Plaintiffs, ) ) | **ORDER** |
| 12 | v. ) ) | |
| 13 | WASHOE COUNTY; WITTENBERG HALL; WILLIAM JONES AND HIS PARENTS; ROBERT EDWARDS AND HIS PARENTS; ) ) ) | |
| 14 | DOES I-X; BART AND MONIQUE BLACK; DOES I-X; BLACK AND WHITE ) ) | |
| 15 | CORPORATIONS I-X; AND/OR GOVERNMENT AGENCIES AND/OR ) ) | |
| 16 | ENTITIES I-X, ) ) | |
| 17 | Defendants. ) _____ ) | |
| 18 | | |

19   Before the Court is the Report and Recommendation of the United States Magistrate
20 Judge (Doc. #127) ("Recommendation") entered on October 13, 2006, in   which the
21 Magistrate Judge recommends that this Court enter an order: (1) granting Defendants' Motion
22 to Enforce Settlement Agreement (#117); and (2) referring Carter King to the Nevada State
23 Bar counsel pursuant to Nevada Supreme Court Rules 99-105 for an investigation into Mr.
24 King's conduct in this action and to determine whether such conduct warrants discipline in
25 accordance with Nevada Supreme Court Rules.
26   Plaintiffs John Doe and John Smith ("Plaintiffs") filed an Appeal and Request for Review
27 of the Report and Recommendation of U.S. Magistrate Judge Cooke and Request for
28 Evidentiary Hearing (#130) on October 23, 2006 and Defendants filed an Opposition (#131)

on November 1, 2006. Thereafter, on January 24, 2007, Plaintiffs filed another Motion for Evidentiary Hearing to Review Whether or Not Oral Alleged Settlement is Enforceable (#137).

The Court has conducted a *de novo* review of the record in this case, has fully considered the objections of Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule IB 3-2. After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#127) entered on October 13, 2006, is adopted and accepted with modification. Defendants' Motion to Enforce Settlement Agreement (#117) is GRANTED in accordance with the Report and Recommendation. Plaintiffs' Request for an Evidentiary Hearing (#130) and Plaintiffs' Motion for Evidentiary Hearing to Review Whether or Not Oral Alleged Settlement is Enforceable (#137) are DENIED.

IT IS FURTHER ORDERED that the recommendation for an investigation by the Nevada State Bar regarding Mr. King's conduct in this action is not adopted. The facts and controversy surrounding the request for an investigation occurred before the Magistrate Judge and not this Court, and, therefore any referral to the Nevada State Bar should be made by the Magistrate Judge.

IT IS SO ORDERED.

DATED: This 1st day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE